# Law Offices
# WHITELAW & FANGIO

247-259 W. Fayette Street
Syracuse, New York 13202
Telephone (315) 472-7832
Fax No. (315) 472-7816
*(Service by fax not accepted)*

KENNETH D. WHITELAW
MARY LANNON FANGIO

mary@fangiolaw.com
kate@fangiolaw.com

Friday, August 06, 2010

US Bankruptcy Court Clerk
James M. Hanley Federal Building
100 S. Clinton Street
Room 315
Syracuse New York 13202

    RE:  Terrance Ross
    Case No. 06-33743

Gentlepersons:

    Enclosed please find a check in the amount of $10.32 herein which represents the dividend check issued to Metropolitan Energy Products, 18-31 42nd Street, Long Island City, NY 11105. The check was not cashed within the 90 day time frame. A stop payment was issued and a new check was issued payable to the Court.

Very truly yours,

Kate Zacharewski
Paralegal

MLF/krz